PROB 35 ET Order – Supervised Release  
(SDFL Rev. 10//26/20)

SD/FL PACTS No. 7381051

## Report and Order Terminating Supervised Release
## Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

Freddy Sanchez Soria

Docket No. 1:21-CR-20218-AHS-7

On January 8, 2025, the above-named Defendant commenced supervised release for a period of two (2) years. The Defendant has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the Defendant be discharged from supervision.

Respectfully submitted,

_____
Valdemar Balderas, U.S. Probation Officer

## ORDER OF COURT

This cause comes before the Court upon the request by the Probation Office to terminate the Defendant's supervised release. The Court has considered the request and the record in this case. The Court finds that the Defendant has served more than one year on supervised release pursuant to 18 USC section 3583(e)(1). The Court has also considered the relevant section 3553(a) factors and is satisfied that termination of supervised release is warranted by the conduct of the defendant released and the interest of justice.

THEREFORE, the request is GRANTED.
DONE and ORDERED this 6 day of Feb 2026 in Fort Lauderdale, Florida.

_____
, United States District Judge